KKH

FILED

OCT 2 0 2022


PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:22-CR-265

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **CRIMINAL** |
| v. ) | **INFORMATION** |
| ) | |
| ALTON PERKINS ) | |

The United States Attorney charges the following:

On or about May 11, 2018, in the Eastern District of North Carolina and elsewhere, defendant ALTON PERKINS, did willfully make and subscribe a U.S. Individual Income Tax Return (Form 1040) for the calendar year 2016, which was verified by a written declaration that it was made under penalties of perjury and which he did not believe to be true and correct as to every material matter, in that the tax return reported a total adjusted gross income in the approximate amount of $21,933.00, whereas, as he then and there well knew and believed, the income was substantially greater. The defendant knowingly failed to report in that income tax return, which was filed with the Internal Revenue Service, approximately $224,653.00 in reportable federally taxable income.

All in violation of Title 26, United States Code, Section 7206(1).

MICHAEL F. EASLEY, JR
United States Attorney

BY: _____
KAREN HAUGHTON
Assistant United States Attorney