

**U. S. Department of Justice**

*Michael F. Easley, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

U.S. Attorney's Office
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

## NOTICE OF RELATED CASES

DATE: October 7, 2022

TO: United States District Court
Eastern District of North Carolina
Raleigh, North Carolina 27601

FROM: KAREN K. HAUGHTON
Assistant U.S. Attorney

SUBJECT: <u>United States v. Alton Perkins</u>
Docket No. **5:22-CR-265** - Western Division

The above-named case is being filed as a Criminal Information. The Criminal Information charges the defendant with Filing a False or Fraudulent Tax Return, in violation of Title 26, United States Code, Section 7206(1).

The previously filed civil case, <u>Securities and Exchange Commission v. Alton Perkins, et al,</u> Case No. 5:19-CV-00243-FL, is related to the above-named case in that both cases involve charges against the same defendant, Alton Perkins, and involve similar allegations of misuse and diversion of corporate funds for his personal use from companies under his control. Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by:

MICHAEL F. EASLEY, JR.
United States Attorney